

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00438-CV

| | | |
|---|---|---|
| MIKE FARHAT, US GLOBAL ASSET INVESTMENTS, LLC, JOHN MARTIN FAUBUS, TRACY L. TRIMBLE, MARY MARTINEZ, MICHAEL W. BROOME, AND MICHAEL W. BROOME, P.C., Appellants | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-308014-19) |
| V. | § | April 23, 2020 |
| WILSON SCOTT, LLC D/B/A CAPITAL ASSET RESOURCES, Appellee | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed. We remand this case to the trial court for further proceedings.

It is further ordered that Appellants Mike Farhat, US Global Asset Investments, LLC, John Martin Faubus, Tracy L. Trimble, Mary Martinez, Michael W. Broome, and Michael W. Broome, P.C. shall jointly and severally pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach